# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| TEDDY A. GOODMAN and | ) | |
| DARLA K. GOODMAN, | ) | |
| | ) | BK     19-31564 |
| Debtors. | ) | |
| | ) | |
| TEDDY A. GOODMAN and | ) | |
| DARLA K. GOODMAN, | ) | |
| | ) | |
| Objectors, | ) | |
| and | ) | |
| | ) | |
| REAL TIME RESOLUTIONS, INC. AS | ) | |
| AGENT FOR RRA CP OPPORTUNITY | ) | |
| TRUST I, | ) | |
| | ) | |
| Creditor. | ) | |

## ORDER

This matter comes before the Court on the Debtors' Objection to Claim #1-1 of Real Time Resolutions, Inc as agent for RRA CP Opportunity Trust I.  No response having been filed by the creditor, IT IS ORDERED that the objection is SUSTAINED. The above-referenced claim is ALLOWED in the amount of $22,868.93, which includes a mortgage arrearage of $7,999.22.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: January 14, 2020

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/7