**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| TEDDY A. GOODMAN and ) | |
| DARLA K. GOODMAN, ) | |
| Debtors. ) | BK 19-31564 |
| ) | |

**AGREED ORDER RESOLVING DEBTORS'**
**OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**
**FILED BY REAL TIME RESOLUTION ON AUGUST 3, 2020**

The parties announce to the Court that they have reached an agreement concerning the Debtors' Objection to Notice of Mortgage Payment Change filed by Real Time Resolution on August 3, 2020, the terms and conditions of which are as follows:

1. Parties are in agreement that the monthly payment due and owing to Real Time Resolution, notwithstanding any Notice of Mortgage Payment Change to the contrary, for July, 2020 was $226.25 and for August, 2020 was $229.39.

2. Each party will bear its own costs and attorney's fees.

3. The hearing on September 10, 2020, is hereby canceled.

4. Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 31, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/4

Agreed to:

/s/ Russell C. Simon                    /s/ Ronald A. Buch
Chapter 13 Trustee                      Debtors' Counsel

/s/ Dana O'Brien
Counsel for Real Time Resolution