Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Teddy A. Goodman |
| Debtor 2 (Spouse, if filing) | Darla K. Goodman |
| United States Bankruptcy Court for the: | Southern District of Illinois (State) |
| Case number | 3:19-bk-31564-lkg |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A.  **Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 4453

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | APOC prep/file 01/22/20 | (5) | $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

Debtor 1  **Teddy A. Goodman**
First Name    Middle Name    Last Name

Case number *(if known)* __3:19-bk-31564-lkg__

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **/s/ Michelle R. Ghidotti-Gonsalves, Esq.**
Signature

Date 01/23/2020

Print: **Michelle R. Ghidotti-Gonsalves**
First Name    Middle Name    Last Name

Title **Authorized Agent for Secured Creditor**

Company **Ghidotti Berger LLP**

Address **1920 Old Tustin Avenue**
Number    Street
**Santa Ana,  CA  92705**
City    State    ZIP Code

Contact phone (**949**) **427**–**2010**

Email **bknotifications@ghidottiberger.com**

## **CERTIFICATE OF SERVICE**

On January 23, 2020, I served the foregoing document described as Notice of Post-Petition Mortgage Fees, Expense, and Charges on the following individuals by electronic means through the Court's ECF program:

<u>COUNSEL FOR DEBTOR</u>

Ronald Allan Buch    Belleville@tbcwam.com , G38416@notify.cincompass.com

<u>TRUSTEE</u>

Russell C Simon    simontrustee@yahoo.com, pacer@simonch13trustee.com
U.S. Trustee    USTPRegion10.es.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On January 23, 2020, I served the foregoing documents described as Notice of Post-Petition Mortgage Fees, Expense, and Charges on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Teddy A. Goodman**
3090 Hanover Rd
Waterloo, IL 62298-5347

*Joint Debtor*
**Darla K. Goodman**
3090 Hanover Rd
Waterloo, IL 62298-5347

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

| Invoice Date |
|---|
| 01/22/2020 |

| Invoice Number |
|---|
| 19360 |

**GHIDOTTI | BERGER**

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

BSI Financial Services, Inc.
1425 Greenway Dr.
Suite 400
Irving, TX 75038

RE: BSI Financial Services, Inc.
vs. DARLA GOODMAN and TEDDY GOODMAN, Loan# ▮▮▮▮▮▮▮▮
Case Ref Number: BKCY 3:19-bk-31564-lkg
Property Address: 3090 NEW HANOVER ROAD, WATERLOO, IL 62298
OURFILE: 19-004971 CASE: 19-004971-4 (BKCY 3:19-bk-31564-lkg)

Area of Law: Bankruptcy                                                                 Attorney: Kristin Zilberstein

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| DATE | FEE DESCRIPTION | AMOUNT |
| 01/22/2020 | BK Amended POC | $350.00 |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs This Invoice | $0.00 |
| Total Fees This Invoice | $350.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Amount Due This Invoice | $350.00 |

Thank you for the opportunity to be of service.